Order issued October 11, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-10-01298-CV

**SUSAN EDIS HERZFELD, Appellant**

V.

**RONALD MICHAEL HERZFELD, Appellee**

# ORDER

On March 30, 2011, the court reporter filed a six-volume reporter's record, which included one volume of exhibits, in this cause. On June 1, 2011, this Court received a request from the court reporter to reorganize and resubmit the Master Index and Volume 6, the exhibit volume. This Court granted the request and directed the court reporter to do so on or before June 7, 2011. As of this date, the court reporter has failed to do so.

Further, a review of the reporter's record shows that Volume 6 is missing five exhibits admitted during the hearing held on April 22, 2010. The missing exhibits are as follows: (1) Susan Herzfeld's Exhibit 4, described as evidence of premium amounts, admitted on Page 44 of volume 5; (2) Susan Herzfeld's Exhibit 10, a Pro Doc summary of Golden Rule premiums, admitted on page

110 of volume 5; (3) Susan Herzfeld's Exhibit 11, a Pro Doc summary of Time Fortis premiums, admitted on page 110 of volume 5; (4) Susan Herzfeld's Exhibit 12, a Pro Doc summary of Dr. Moody's charges, admitted on page 113 of volume 5; and (5) Susan Herzfeld's Exhibit 14, related to attorney's fee billing, admitted on page 134 of volume 134.

This appeal has been submitted for review by this Court but cannot move forward until the record is complete. Accordingly, on its own motion, this Court **ORDERS** court reporter Micaela Ynostrosa to file with this Court, **within seven days of the date of this order**, a corrected Master Index and corrected Volume 6, which contains all exhibits admitted at trial including those noted above to be currently missing from the record.

The Clerk of this Court is directed to send a copy of this order by electronic submission to (1) the Honorable Andrea Plumlee, Judge of the 330th Judicial District Court, (2) court reporter Micaela Ynostra at 1232 Hollywood Ave., Dallas, Texas 75208, (3) Official Court Reporter Francheska Duffey, and (4) counsel for all parties.

JOSEPH B. MORRIS
PRESIDING JUSTICE

–2–